No. 79-1144. TEXAS INDUSTRIES, INC. *v.* RADCLIFF MATERIALS, INC., ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 949.] Motion of River Cement Co. for leave to file a brief as *amicus curiae* granted.

No. 79-1711. MIDDLESEX COUNTY SEWERAGE AUTHORITY ET AL. *v.* NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79-1754. JOINT MEETING OF ESSEX AND UNION COUNTIES *v.* NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79-1760. CITY OF NEW YORK ET AL. *v.* NATIONAL SEA CLAMMERS ASSN. ET AL.; and

No. 80-12. ENVIRONMENTAL PROTECTION AGENCY ET AL. *v.* NATIONAL SEA CLAMMERS ASSN. ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 917.] Motion of respondents National Sea Clammers Association and Gosta Lovgren for divided argument denied.

No. 80-120. ST. MARTIN EVANGELICAL LUTHERAN CHURCH ET AL. *v.* SOUTH DAKOTA. Sup. Ct. S. D. [Certiorari granted, *ante*, p. 950.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. Motion of Alabama and Nevada for leave to participate in oral argument as *amici curiae* granted, and 10 additional minutes allotted for that purpose.

No. 80-207. CBS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 80-213. AMERICAN BROADCASTING COS., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 80-214. NATIONAL BROADCASTING CO., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 950.] Motion of petitioner CBS, Inc., for divided argument granted.